In the Matter of the Application of ANTHONY McQUADE, Respondent, for a Writ of Mandamus against JAMES M. MORROW et al., Examining Board of Plumbers of the City of New York, Appellants.

*Matter of McQuade* v. *Morrow,* 168 App. Div. 947, affirmed.
(Argued November 18, 1915; decided December 14, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1915, which affirmed an order of Special Term

granting a motion for a peremptory writ of mandamus to compel the defendants to re-issue and return to the petitioner a master plumber's certificate of competency theretofore canceled upon the ground that he was no longer actually engaged in business as a master or employing plumber, but was employed by a corporation known as the New York Railways Company on a salary and in a shop furnished by that company.

*Lamar Hardy, Corporation Counsel* (*Charles J. Nehrbas* and *Terence Farley* of counsel), for appellants.

*Henry J. Smith* and *James L. Quackenbush* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN and CARDOZO, JJ. Dissenting: SEABURY and POUND, JJ.